UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNIFIED 2020 REALTY PARTNERS, LP** § <br> § <br> **Plaintiffs,** § <br> § <br> V.  § <br> § <br> **PROXIM WIRELESS CORP., DUGGAN** § <br> **REALTY ADVISERS, LLC, AND** § <br> **EQUANT, INC. D/B/A ORANGE** § <br> **BUSINESS SERVICES** § <br> § <br> **Defendants** § | Civil Action No. 3:11-CV-00861 |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to FED.R.CIV.P. 7.1 and L.R. 3.1 and 81.2, Plaintiff Unified 2020 Realty Partners, LP, provides the following information:

Subject to Plaintiff's objection to jurisdiction. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Equant, Inc. d/b/a Orange Business Services ("Equant"),(see also, Equant's Certificate of Interested Parties)

Proxim Wireless, Corp. (see also, Proxim Wireless' Certificate of Interested Parties)

Duggan Realty Advisors, LLC (*see also*, when filed Duggan Realty Advisors LLC Certificate of Interested Parties)

Unified 2020 Realty Partners, LP, its managing partner Unified 2020 Realty Partners GP, LLC, its managing member BVL Partners, LLC ("Unified"). Plaintiff is not aware of any financial interest in any of the members or limited partners associated with Plaintiff that would anyway implicate in anyway this Court's ability to hear this case.

Respectfully submitted,

**SCHILLER EXLINE, PLLC**

By: s/s David A. Schiller
David A. Schiller, TBN 00794601
2309 W. Parker
Plano, Texas 75023
(469) 467-9200 Phone
(469) 467-9600 Fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On the 3$^{0\text{th}}$ day of June, 2011, a true and correct copy of the foregoing document was served on opposing counsel via automated electronic service under the CM/ECF system for the United States District Court, Northern District of Texas.

s/s David A. Schiller
David A. Schiller